JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA (CHARTIS),<br><br>Plaintiff,<br><br>vs.<br><br>TUASIVI SCANLAN,<br><br>Defendant. | Case No. SACV 11-00958 JST (RNBx)<br><br>IN ADMIRALTY<br><br>JUDGMENT |

Pursuant to the Stipulation for Declaratory Judgment Re: Marine Insurance Policy filed concurrently herewith, judgment shall be entered in favor of CHARTIS and against SCANLAN.

Each party shall bear its own fees and costs.

DATED: August 30, 2011      _____

Hon. Josephine Staton Tucker